UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:22-cr-184-RBD-EJK

RAKEEM OLAJUWON HILL

## UNITED STATES' STATUS REPORT WITH REGARD TO HILL HOSPITALIZATION AND TREATMENT

Pursuant to the Court's Order, Doc.111, the United States was directed to file a status report with the Court advising as to the schedule of treatment and hospitalization of the defendant, Rakeem Olajuwon Hill (HILL). Summarized below is the United States' response for the Court.

## Procedural History

On January 31, 2023, the defendant filed a Motion for a Hearing to Determine Mental Competency. Doc. 62. Following a status conference held on February 6, 2023, the Court directed the parties to state whether the defendant could be evaluated at the Osceola County Jail, and if so, to recommend an expert to conduct the competency evaluation. (Doc. 74.)

On February 13, 2023, the parties filed a Joint Notice Informing that Defendant can be Evaluated at Osceola County Jail and Agreement Upon

Expert (the "Notice" Doc. 75. In the Notice, the parties proposed that Dr. Debra A. Goldsmith, Ph.D., conduct a competency evaluation. (Doc. 75 ¶ 4.)

On March 11, 2023, Dr. Goldsmith completed her evaluation. A copy of which was furnished to the United States, Counsel for defense and was to have also been submitted to the Court. Dr. Goldsmith, in her report opined that the defendant was incompetent to proceed, stating in relevant part that the defendant does suffer from a mental disease or defect, that is, a diagnosis of a Psychotic Disorder, unspecified (295.90) and Specific Learning Disorder (315.00 and 315.1). Dr. Goldsmith further opined that the defendant would benefit from a referral to a federal hospital and that the defendant should be restorable.

On April 13, 2023, the Court, following the submission of Dr. Goldsmith's report and receiving both the United States and Defendant's filed notices indicating that they did not object to Dr. Goldsmith's findings regarding the Defendant's mental incompetency, (Docs. 84, 85.), conducted a competency hearing. Doc. 92. The Court, at said hearing, found that by a preponderance of evidence that the Defendant "is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(d). *Id.* The Court then committed the Defendant to the custody of the Attorney General, to hospitalize

the Defendant for treatment in a suitable facility for a reasonable period of time, not to exceed four months from the date Defendant arrives at the designated facility, to determine whether there is a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward. *Id.* The United States was also directed per the Court's Order to file a report as to Defendant's status prior to the expiration of the four-month treatment period. *Id.*

      The undersigned attorney has contacted the United States Marshal Service (USMS) which advised undersigned counsel on September 12, 2023, that the Defendant is currently housed at the Seminole County Jail and is awaiting a bed at FMC Butner. More specifically, FMC Butner, per the USMS only accepts 13 "study orders" a month. Mr. Hill is currently number 56 and is on the waiting list. The undersigned attorney also contacted the Federal Bureau of Prison's (BOP), by and through a legal counsel representative, who confirmed that the Defendant is designated to FMC Butner, and that as of September 13, 2023, the BOP Medical Designations Unit has advised that the BOP anticipates intake of the defendant to FMC Butner to occur in February of 2024.

U.S. v. RAKEEM OLAJUWON HILL    Case No. 6:22-cr-184-RBD-EJK

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Grady C. Irvin, Jr.
>Attorney for the Defendant

>*/s/ Terry Livanos*
>Terry Basil Livanos
>Assistant United States Attorney
>Florida Bar No.86092
>400 W. Washington Street, Suite 3100
>Orlando, Florida 32801
>Telephone:  (407) 648-7500
>Facsimile:  (407) 648-7643
>E-mail:     terry.livanos@usdoj.gov