UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                                                            Case No. 6:22-cr-184-RBD-EJK

RAKEEM OLAJUWON HILL
_____/

### NOTICE OF DEFENDANT'S POSITION REGARDING GOVERNMENT'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER

COMES NOW the Defendant, RAKEEM OLAJUWON HILL, by and through undersigned counsel, and files *Notice of Defendant's Position Regarding Government's Response to the Court's Show Cause Order*. Defendant briefly states:

1. At a hearing on November 16, 2022 (Doc. 36) Defendant, Rakeem Olajuwon Hill ("Mr. Hill"), was granted pretrial release in the underlying case after the United States informed this Honorable Court that the United States would not oppose Mr. Hill's pretrial release if the Court ordered appropriate conditions of release. The Court did in fact set conditions of release (Doc. 38); however, noting that Mr. Hill would have to report to the Osceola County Jail in relation to a state court matter prior to his federal pretrial release.

2. Having been granted pretrial release, Mr. Hill was taken into custody by members of the Osceola County Corrections Department (the entity that houses local inmates in Osceola County, Florida).

3. During the pendency of Mr. Hill's consideration of going forward and formally entering a plea guilty before the magistrate judge (pursuant to a plea agreement), issues illuminated regarding Mr. Hill's competency. On the petition of counsel for Mr. Hill, the magistrate judge entered an order directing that Mr. Hill be evaluated to determine his competency. Subsequent to the mental health evaluation by Dr. Debra Goldsmith, this Honorable Court determined, in concurrence with Dr. Goldsmith and counsel for each party, that Mr. Hill was not competent to proceed pursuant to 18 U.S.C. § 4241; and therefore Mr. Hill was ordered committed to the custody of the Attorney General. (*See* Doc. 36; Doc. 38).

4. In consultation with Mr. Hill's family at the time of the underlying competency evaluation determination, it was the consensus that Mr. Hill could likely benefit far greater from competency evaluation and restoration at a "Federal" facility (as opposed to a state facility), and therefore the seemingly long period of waiting for placement was, for lack of better terminology, being "tolerated" so that Mr. Hill could "get help."[1]

---

[1] The competency of Mr. Hill should not be interpreted as him being "dangerous," as no such determination was noted by the court-ordered mental health expert.

5.  With the United States reaffirming today that it is unlikely that Mr. Hill may not get into a federal mental health facility until February 2024 (which is not an assurance) (Doc. 115), Mr. Hill believes that <u>dismissal</u> of the indictment is appropriate. Even the well-intended desires of a family for a family member to at a federal mental health facility for evaluation and possible restoration does not trump the rights of a defendant family member to not be continuously detained in federal custody for the ongoing prolonged period due to the unreasonable backlog at FMC Butner—as this arguably indefinite detention violates Mr. Hill's constitutional right to due process. *See Jackson v. Indiana*, 406 U.S. 715, 731 (1972) (Due process is also violated when an incompetent defendant is held for "more than the reasonable period of time necessary to determine whether there is a substantial probability that he will attain the capacity in the foreseeable future"). Thus, Mr. Hill's immediate release, by dismissal of the underlying indictment, is warranted.

Respectfully submitted this 18th day of October, 2023.

**IRVIN LAW FIRM**

*/s/ Grady C. Irvin, Jr.*
_____
Grady C. Irvin, Jr. (FBN: 6548)
507 W. Dr. M.L. King, Jr. Blvd. *(street)*
P.O. Box 4587 *(mailing)*
Plant City, Florida 33563
Telephone: 813.659.2000
grady@irvinattorneys.com

**Attorney for Defendant**

3

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 18th day of October, 2023, a true and correct copy of the foregoing was provided by electronic (CM/ECF) filing to:

**Adam Nate, AUSA**, Office of the U.S. Attorney.

                                    **IRVIN LAW FIRM**

                                    */s/Grady C. Irvin, Jr.*

                                    _____
Grady C. Irvin, Jr. (FBN: 6548)
507 W. Dr. M.L. King, Jr. Blvd. *(street)*
P.O. Box 4587 *(mailing)*
Plant City, Florida 33563
Telephone: 813.659.2000
grady@irvinattorneys.com

**Attorney for Defendant**

4