UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-184-RBD-EJK

RAKEEM OLAJUWON HILL

## UNITED STATES STATUS REPORT REGARDING THE DEFENDANT'S PLACEMENT AT FMC-BUTNER

Pursuant to the Court's order dated December 7, 2023, at Doc. 119, the United States of America, by and through Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully informs the Court that the United States Marshals Service confirmed with undersigned counsel on February 1, 2024, that the Defendant is currently in transit to FMC-Butner for a February 6, 2024, admission and commencement of competency restoration.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Adam J. Nate*

Adam J. Nate
Assistant United States Attorney
FL Bar No. 0077004
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: adam.nate@usdoj.gov

U.S. v. Rakeem Olajuwon Hill          Case No. 6:22-cr-184-RBD-EJK

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Grady C. Irvin, Jr.
Attorney for the Defendant

/s/ *Adam J. Nate*

Adam J. Nate
Assistant United States Attorney
FL Bar No. 0077004
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:     adam.nate@usdoj.gov